AO 91 (Rev. 11/11) Criminal Complaint

Case 2:19-cr-00129-DAD   Document 1   Filed 08/07/19   Page 1 of 20

FILED
AUG 0 7 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-MJ 0124-____ DB |
| Talalima TOILOLO | ) | **SEALED** |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 1, 2018 through February 1, 2019   in the county of   Sacramento   in the

Eastern   District of   California  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Laura E. Giouzelis,
Federal Bureau of Investigation
Printed name and title

Sworn to before me and signed in my presence.

Date: 8-7-19

City and state: Sacramento, CA

_____
Judge's signature

Deborah Barnes, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Laura E. Giouzelis, being duly sworn, depose and state as follows.

### I. BACKGROUND AND EXPERTISE OF THE AFFIANT

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for eight years. I am currently assigned to the Sacramento Field Office where I investigate fraud and organized crime. My training and experience includes a seventeen-week basic training course at the FBI Academy and supplemental training in terrorism, fraud, and the development and operation of confidential sources. I have participated in the several investigations involving bank fraud, wire fraud, aggravated identity theft, and money laundering.

2. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. FBI and the California Regional Enforcement Allied Computer Team (REACT) Task Force conducted much of the investigation described below. REACT is a partnership of California local, state, and federal agencies formed in cooperation with private industry to investigate technological crime. REACT conducts multi-jurisdictional investigations including stolen high technology, identity theft, and other computer related crimes.

### II. NATURE OF THE APPLICATION

4. This affidavit is submitted in support of a criminal complaint against Talalima TOILOLO for committing conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349. As set forth below, there is probable cause to believe that the above individual knowingly and intentionally conspired to commit bank fraud in the Eastern District of California, and elsewhere, with other individuals including Johnathon Ward and Monica Nunes. The Eastern District of California filed a criminal complaint against Ward and Nunes on April 4, 2019 (2:19-mj-0050-EFB), for the bank fraud offenses described herein. Ward is in state custody in Alameda County for unrelated charges and has not yet made his initial appearance in this district. Nunes made her

1

initial appearance in this district on April 19, 2019, and she was detained pending a formal indictment and trial.

### III. APPLICABLE LAW

5. Title 18 United States Code, Section 1349, describes the offense of conspiracy to commit bank fraud and states, "Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy." In the same chapter as Section 1349 is the offense of bank fraud under Section 1344.

6. Title 18 United States Code, Section 1344, describes the offense of bank fraud and states, "Whoever knowingly executes, or attempts to execute, a scheme or artifice (1) to defraud a financial institution; or (2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."

### IV. STATEMENT OF PROBABLE CAUSE

#### A. Background of the Investigation

7. This investigation has shown that TOILOLO, Ward, and Nunes, and others yet to be named (the "conspirators"), acquired "Point of Sale" (POS) terminals by either purchase or theft and manipulated them to make fraudulent merchant refunds starting on or about June 1, 2018, and continuing until on or about February 1, 2019. This investigated bank fraud scheme is referred to as "Forced Post Refund Fraud" or "Refund Fraud". The scheme exploits the refund process of the merchant accounts of various banks and payment processors. A merchant account is a type of bank account that allows businesses to accept payments via multiple electronic methods, typically using debit and credit cards ("access cards"). Such an account is established under an agreement between a merchant (e.g., a retail establishment) and a merchant acquiring bank for the settlement of access card transactions. The acquiring bank processes credit or debit card payments on behalf of the merchant.

8. When a legitimate business wants to accept access cards as payment for merchandise or services, they open a merchant account with an acquiring bank to manage funds and process credit and debit transactions. For example, when a merchant makes a sale and accepts payment via an access card, they enter the amount of the sale and then "swipe" the access card on a POS terminal. The terminal reads the magnetic stripe on the rear of the access card and processes the purchase by electronically transmitting a request to initiate a transfer of funds from the access card holder's account to the merchant's account. This transaction is completed by a bank directly or via a payment processor over phone lines or the internet.

9. Although some acquiring banks act as their own processor to process payment and refund transactions involving access cards, others employ a specific payment processing company ("payment processor") to process the payments and refunds for them. A payment processor can be appointed by a merchant to handle transactions from various channels such as credit and debit cards for the merchant acquiring banks.

10. In general, when a payment processor is used to process card transactions, the merchant's POS terminal transmits a merchant ID number and other information to the payment processor indicating that the transaction is legitimate. In an operation that will usually take a few seconds, the payment processor will check the transmission data by forwarding it to the respective access card's issuing bank or card association (e.g., Visa) for verification. Once the payment processor has received confirmation that the credit card details are verified, the information will be relayed back via a payment gateway to the merchant, who will then complete the payment transaction. The funds are then transferred from the purchaser's/access card user's account and deposited into the merchant's account.

11. Similarly, when a merchant requests a refund of a purchase they again swipe the purchaser's access card at the POS terminal and enter the refund amount. The POS terminal reads the magnetic strip on the rear of the access card and processes the refund. The refund amount is then deducted from the merchant's account and credited to the access card's account.

12. Using one or more POS terminals that were reprogrammed with new merchant

account information, TOILOLO, Ward and Nunes executed fraudulent refunds, even though no purchases were ever made. During this fraudulent refund process, the payment processor or bank, believing that the transmitted request for refunds came from the true merchant(s), transmitted false refund money to the access card account. The conspirators then depleted the access card by using it to make purchases, ATM cash withdrawals, and money order purchases. These fraudulent refunds resulted in losses to the banks holding the merchant accounts. The victim merchants likely did not realize the funds were withdrawn until they checked their bank statements, which may have taken days or even weeks. By that time, the money had been transferred from the merchant bank account to the access card accounts and often removed from the card accounts via subsequent purchase or transfer.

13. Gabrielle Ferrar Diamonds is a business located at 214 Main Street, Chico, California, in the Eastern District of California whose merchant payment processor is a company called Worldpay/Vantiv. An employee of Gabrielle Ferrar Diamonds confirmed Ward and Nunes were never employed or legally associated with that business. Additionally, the store hours listed for Gabrielle Ferrar Diamonds are 10:00 am to 5:30 pm, Tuesday through Friday, and 10:00 am to 5:00 pm on Saturday. Gabrielle Ferrar Diamonds was identified as a victim of this fraud. Gabrielle Ferrar Diamonds' merchant account is with Tri Counties Bank, a bank that is FDIC insured.

14. Matsuda's Nursery is a business located at 10600 Florin Road, Sacramento, California, in the Eastern District of California whose merchant payment processor is also Worldpay/Vantiv. Ward and Nunes were never employed by that business. Additionally, the hours of operation for Matsuda's are Monday through Friday, 7:00 am through 4:30 pm. Matsuda's was identified as a victim of this fraud. Matsuda's merchant account is with Wells Fargo, a bank that is FDIC insured.

15. Instant Storage is a business located at 301 State Road, Bakersfield, California, in the Eastern District of California whose merchant payment processor is also Worldpay/Vantiv. Ward and Nunes were never employed by Instant Storage. Additionally, the hours of operation

for Instant Storage are Monday through Friday, 8:00 am through 5:00 pm. Instant Storage was identified as a victim of this fraud. Instant Storage's merchant account is with Bank of America, a bank that is FDIC insured.

### B. Evidence of Bank Fraud Obtained from Searches

16. In July 2018, REACT investigators were investigating TOILOLO, Ward and Nunes after identifying them as participants in this bank fraud scheme against at least Instant Storage as discussed herein. REACT investigators knew that the suspects often conducted refund fraud from various hotels. Based on my experience and discussions with other law enforcement personnel, criminals often conduct fraud schemes from hotels to hide their true identities and the location of incriminating evidence. On September 21, 2018, REACT investigators obtained a federal search warrant to track a mobile device having phone number 415-516-7613, which was a phone number associated with Ward. On October 12, 2018, REACT investigators tracked Ward and Nunes to a Pleasanton Marriot, located at 11950 Dublin Canyon Road, Pleasanton, California. At that time, the REACT investigators knew that both Ward and Nunes were on searchable probation, and they suspected that Ward and Nunes were involved in Refund Fraud. REACT officers then contacted Ward and Nunes in and around Ward's vehicle, a Black Cadillac Escalade, in the parking lot of the Pleasanton Marriot, and conducted a search of the Cadillac.

17. During the Cadillac search, officers found a loaded handgun and a personal use amount of methamphetamine. Both Ward and Nunes were convicted felons, and officers arrested them that day on gun and drug charges. REACT officers also located and seized multiple access cards in the Cadillac. Additionally, Ward had the following items in his wallet at the time of his arrest (the list is not exhaustive):

    a)    A Patelco Credit Union debit card ending x5396 and having the name "Jonathon Ward";

    b)    A Key Bank debit card ending x2088 and having the name "Jonathon Ward"; and

    c)    A PayPal card ending x8910 and embossed with the name "Jonathon Ward."

Nunes had the following items in her purse at the time of her arrest (the list is not exhaustive):

a)  A receipt for a US Postal money order paid by a Bank of America Bank debit card ending x7243 (the money order was in the amount of $900.00 and dated 7/16/2018); and

b)  A receipt dated October 12, 2018 showing the purchase of $50.00 worth of credits from a Recharge Kiosk at Boomers (miniature golf/go karts) in Livermore purchased with PayPal card ending x8910.

Additionally, REACT officers found a prepaid Card.com access card embossed with the name of Person 1 and account ending x5876 near the console in the Cadillac.

18.  REACT investigators learned that Ward and Nunes had directed the relocation of specific items of evidence and contraband to 3150 Mills Drive, Brentwood, California, to avoid law enforcement detection and seizure, which was the residence of Ward's sister. Investigators then obtained a state search warrant to search that residence and executed the search on October 17, 2018. Among the items seized at the residence were:

a)  Nine POS terminals;

b)  A Wells Fargo debit card ending x2061 and having the name of Person 2 (used to accept fraudulent refunds from listed Worldpay merchants);

c)  A Wells Fargo debit card ending x7922 and having the name Monica Nunes;

d)  A handwritten note detailing a script for a conversation to Mercury Payments regarding a JW Rental account at Paypal;

e)  A Republic Bank and Trust card ending x3558 and having the name of Person 3;

f)  A visually blank, re-encoded Conduent access card in the name of Person 4 and issued on behalf of the Federal Government for disability payments associated with benefit account ending x1594;[1]

---

[1] This card was a blank, i.e., it had no markings on it and only a magstripe affixed to it. The card number and the name information were gleaned from the encoded magstripe and subsequently verified by Conduent. Conduent reported the re-encoded card was for a government benefit account ending x1594. Based on my training and experience, criminals use blank access cards to

g) A handwritten note on mail addressed to Ward's sister stating, "$1,000 Shut off card have card mailed – PayPal – JW rentals Gmail.com"; and

h) A Dell laptop containing electronic data consistent with software and hardware used to skim and capture information from an access card magstripe (including information relating to a Bank of the Internet prepaid debit card ending x9191).

19. Shortly after their arrests, Ward and Nunes were released on bond in October 2018. Ward was arrested again on or about February 1, 2019, on new state charges, and Nunes was arrested again on or about February 26, 2019, on an outstanding state warrant.

20. At the time of Ward's arrest on February 1, 2019, his BMW (CA License Plate J654BO) was impounded. Later that month, during the execution of a search warrant on Ward's BMW, law enforcement seized at least one reprogrammed POS terminal (a Verifone VX 520) together with indicia belonging to Ward and Nunes. A receipt on the terminal indicated that it was fraudulently modified and linked to a merchant account for a business named "City of Akron Law Department," which was an account not authorized for that particular terminal. Investigators later determined that the City of Akron Law Department was a victim of Refund Fraud in January 2019. Data on the terminal also indicated that it was linked to a merchant account for the Spine and Orthopedic Center in Deerfield Beach, Florida. Investigators later determined that the Center was also a victim of Refund Fraud in approximately December 2018. In the BMW, investigators also found a prepaid debit card ending x1515 that was used to access the payment processor associated with at least the City of Akron Law Department for approximately $47,000 in fraudulent refund transactions.

## C. Specific Acts of Bank Fraud

### Fraudulent Refunds Relating to Instant Storage

21. Worldpay/Vantiv records show that on July 15, 2018, multiple fraudulent refunds were loaded onto Key Bank debit card x2088 (found in Ward's wallet at the time of his October

---

encode stolen or otherwise obtained credit/debit account information for the purpose of facilitating fraud schemes.

7

12, 2018, arrest) from the following merchant accounts and in the following amounts:

| Merchant Account Owner | Date | Refund |
|---|---|---|
| Instant Storage | 7/15/2018 | $3,585.44 |
| Instant Storage | 7/15/2018 | $4,564.44 |
| Instant Storage | 7/15/2018 | $5,500.00 |
| Instant Storage | 7/15/2018 | $4,123.65 |
| Instant Storage | 7/15/2018 | $4,366.66 |
| Instant Storage | 7/15/2018 | $3,333.55 |

Worldpay/Vantiv is the payment processor for Instant Storage. Worldpay/Vantiv records show that Ward and Nunes used an unauthorized POS terminal to access Instant Storage's merchant account between July 15 and 16, 2018, using IP address 40.129.186.144. This IP address was leased to The Residence Inn located at 1000 Airway Boulevard, Livermore, California, on those same dates. A REACT investigator contacted The Residence Inn Assistant Manager, and /s/he provided a hotel registry that listed Ward as having occupied a room at The Residence Inn between July 14 and July 16, 2018. Additionally, s/he provided security surveillance video showing Ward at the hotel. He/she also provided the e-mail address provided by Ward to The Residence Inn at the time of check in: Still2theleft@gmail.com. Facebook records show that e-mail belonging to Ward.

    22.    Bank records show that Bank of America card x7243 was used to purchase the money order found in Nunes's purse, dated July 16, 2018. This card was also used for two fraudulent refunds from Instant Storage. According to Worldpay/Vantiv records, the first refund was for $1500.00 on July 16, 2018, at 5:08:07 am, and the second refund was for $6666.68 on July 16, 2018, at 5:31:42 am. The card used to purchase the money order was the same card used to process the fraudulent transactions. The money order receipt in Nunes's purse showed

she had access to card x7243.

## Fraudulent Refunds Relating to Matsuda's Nursery

23. According to records from Worldpay/Vantiv, Patelco Credit Union card ending x5396 (found in Ward's wallet on October 12, 2018) received an unauthorized $9000 refund from Matsuda's on October 2, 2018, at 12:16:34 am.

24. Additionally, Conduent debit card ending x1594 was found during the search of 1350 Mills Drive. This card was used to access Matsuda's merchant account to process unauthorized refunds on October 2 through October 4, 2018, for a total of over $7700.00 in loss. Worldpay/Vantiv records show this card was also used to access several other Worldpay merchant accounts to conduct fraudulent refunds in Florida and Indiana. Conduent records show some of the stolen funds were removed through an ATM withdrawal in Rancho Cordova, California, on October 3, 2018. Further review of Conduent records show several transfers of funds, after the fraud, to Ward's fictitious PayPal business, JW Rentals.

25. According to Worldpay/Vantiv records, starting on September 25, 2018, and ending on October 11, 2018, unauthorized POS terminals accessed accounts for two other WorldPay/Vantiv merchants, The Stapleton Group and Cicero Chiropractic, to execute fraudulent refunds. These refunds caused the electronic transfer of merchant funds to various access cards, including the Conduent card x1594 for an additional $1747.94 of fraudulent transfers.

26. On October 5, 2018, REACT investigators obtained a federal cell phone ping warrant for prospective location data, as well as historic location information, associated with telephone number 415-516-7613, which was the mobile phone number associated with Ward. Ward was in possession of this phone when he was arrested on October 12, 2018. An analysis of historic location information for this phone showed that Ward was located at Santiam River Court, Rancho Cordova, on October 1 through October 3, 2018. WorldPay/Vantiv records show that, during that same timeframe, Ward and Nunes were executing fraudulent refunds that targeted Matsuda's Wells Fargo merchant account. Particularly, WorldPay/Vantiv processed

fraudulent refunds and loaded merchant funds onto cards x3558, x5396, x1954, and x2061, which were associated with Ward. Other records show that, on October 3, 2018, some of the refund funds were transferred to Ward's JW Rentals PayPal account, which is described further below.

27. Additionally, after Ward's arrest on October 12, 2018, REACT investigators obtained a search warrant for the contents of Ward's cell phone. On the phone, investigators found a photograph taken by the phone on September 16, 2018, at 11:59 pm, which included metadata[2] having GPS coordinates showing the photo was taken at Santiam River Court, Rancho Cordova, California. This is the same date that card x1594 was used to process fraudulent refunds, and this card was found in Ward's possession when he was arrested on October 12, 2018.

28. Wells Fargo debit card x2061 was found during the search of Ward's sister's residence at 3150 Mills Drive on October 17, 2018, along with other items associated with Ward. This card was issued in the name of Person 2. Bank records show this card was used to accept fraudulent refunds from Matsuda's, including two $9000 refunds executed on October 1, 2018, at 10:22:26 pm and 10:33:46 pm. Wells Fargo records for card x2061 also show PayPal purchases for PayPal merchant "JW Rentals" as indicated below:

| Merchant | Date | Purchase |
| --- | --- | --- |
| JW Rentals | 10/3/2018 | $ 304.00 |
| JW Rentals | 10/3/2018 | $ 122.65 |
| JW Rentals | 10/3/2018 | $ 289.84 |

---

[2] Metadata is information stored on a phone associated with files on that phone that provides unique information about the associated files. For example, a ".jpg" file is commonly associated with an image; however, the metadata associated with this .jpg files may include information including but not limited to the date the image was captured, the author of the image, the location where the image was created, the source of the data, and the source of the file.

| | | | |
|---|---|---|---|
| JW Rentals | 10/3/2018 | $ | 280.00 |
| JW Rentals | 10/3/2018 | $ | 255.53 |
| JW Rentals | 10/3/2018 | $ | 480.00 |
| JW Rentals | 10/3/2018 | $ | 500.00 |
| JW Rentals | 10/3/2018 | $ | 559.87 |
| JW Rentals | 10/3/2018 | $ | 899.55 |
| JW Rentals | 10/3/2018 | $ | 288.88 |

29. According to records from Key Bank, on July 9, 2018, Ward was issued a debit card ending x2088. On that same day, a Key Bank account was opened in Murray, Utah, in Ward's name and associated with email address JWRentals415@gmail.com. Key Bank provided a security photograph of Ward on the day the account was opened at Key Bank confirming his identity. Additionally, PayPal records show Ward was issued card x8910 for business, "JW Rentals," with an e-mail for Ward listed as JWRentals@gmail.com. Records from Wal-Mart show PayPal card x8910 was used on October 5 and 8, 2018, at a store in Folsom, California. WalMart surveillance images show Ward and Nunes making purchases at the store using card x8910. Card x8910 was also found on Ward at the time of his arrest on October 12, 2018. At the time the PayPal purchases were made for the JW Rentals account, Ward had access to the JW Rentals Key Bank account and the PayPal card. I have found no evidence showing that JW Rentals is a legitimate business. Based on my training and experience, criminals will create fake businesses to launder the proceeds of fraudulently obtained money to avoid law enforcement detection of the location or true nature of the funds. Nunes had access to card x8910 as shown by the indicia found in her purse during the arrest on October 12, 2018, specifically the receipt dated October 12, 2018 from a Recharge Kiosk at Boomers in Livermore, California.

///

### Fraudulent Refunds Relating to Gabrielle Ferrar Diamonds

30.     Wells Fargo card x7922 was also found during the search of Ward's sister's residence at 3150 Mills Drive on October 17, 2018, and was issued to Nunes. Photos from a JP Morgan Chase Bank ATM located in Oakland, California, show that, on August 23, 2018, Nunes exited Ward's vehicle, a Black Cadillac Escalade, approached the ATM, and made a $300.00 withdrawal using card x7922. The JP Morgan Chase ATM then captured images of Nunes conducting a balance inquiry on the Bank of the Internet card x9191. Worldpay/Vantiv transaction records show card x9191 was used to accept multiple fraudulent refunds as follows:

| Merchant | Date | Refund |
|---|---|---|
| Gabrielle Ferrar Diamonds | 8/18/2018 | $499.99 |
| Gabrielle Ferrar Diamonds | 8/20/2018 | $499.99 |
| Gabrielle Ferrar Diamonds | 8/20/2018 | $499.92 |
| Gabrielle Ferrar Diamonds | 8/20/2018 | $485.33 |
| Gabrielle Ferrar Diamonds | 8/20/2018 | $499.99 |

31.     According to records from payment processor Worldpay/Vantiv, between August 16 and August 20, 2018, Gabrielle Ferrar Diamonds' merchant account was accessed multiple times for unauthorized refund transactions. Particularly, Worldpay/Vantiv reported fraudulent refunds were electronically transferred from the merchant account to a number of access cards. Metadata from photos (of POS terminals) obtained from Ward's phone indicates the photos were taken between August 16 and August 20, 2018 – the same time that Gabrielle Ferrar Diamonds' account was compromised. The metadata also shows they were taken at a Holiday Inn located in Tracy, California, in the Eastern District of California. Card x9191 was fraudulently used to access refunds from Gabrielle Ferrar Diamonds on August 18, 2018, and multiple times on August 20, 2018. Additionally, ATM photos show that Nunes later checked the balance on this card on August 23, 2018, at a Chase Bank in Oakland, California.

**Recovered Text Messages Between Ward and TOILOLO**

32.     A search warrant was obtained by the REACT Task Force to forensically access and examine the phones seized during the October 12, 2018, arrest for evidence of refund fraud. The examination included the review of text messages. Investigators confirmed one phone belonged to Ward due to phone records and photos of Ward on the phone. Investigators discovered multiple messages between Ward and TOILOLO. During the investigation, Investigators determined that at least two phone numbers (859-206-4443 and 859-307-6778) that Ward was texting were being used by TOILOLO. Investigators determined this based on at least the following information:

  a) On October 16, 2018, Ward called his sister, Nicole Ward, from jail and she initiated a three-way call with "Nua" (TOILOLO's alias). Ward asked TOILOLO to move all his stuff out of a house in Sacramento and TOILOLO gave him his new number: 859-307-6778.

  b) On October 17, 2018, Nunes made a jail call to "Nua" (TOILOLO's alias) using one of these numbers and asked him to get her account info from Nicole Ward and wipe her phone. Nua said he would take care of it.

  c) TOILOLO referred to his daughter as "Sabrina" and "Bree" in some of the text messages. TOILOLO has a daughter, Sabrina Toilolo.

  d) On August 1, 2018, TOILOLO texted Ward to send him some items relating to their scheme, and TOILOLO provided an address in UT that is the residence of his child's mother.

  e) On September 21, 2018, TOILOLO texted Ward to send him some money via PayPal and provides the address: catrina.toilolo@gmail.com, which is the name of the mother of TOILOLO's child.

  f) On October 2, 2018, TOILOLO texted Ward to send him some money and Ward responded, "How much to send?" TOILOLO responded, "Send as much as u can of that 5," and the texted, "Talalima Toilolo SLC UTAH," presumably for a

money wire.

33. The text messages between TOILOLO and Ward show their knowledge of their crime and sharing knowledge of the fruits of the crime. The text message stream below was from Ward's phone and occurred on August 1, 2018:

TOILOLO to WARD 3:37 PM – "Me too I got Vantiv to hit one time one ticket but for only 180.00 that was it"

TOILOLO to WARD 3:38 PM – "This shit stressful blood u guys got any d nobody got work out here past 2 days this shit crazy"

WARD to TOILOLO 3;39 PM – "Send address"

TOILOLO to WARD 3:40 PM – "3355 S Riviera Dr SLC UT 84106" "Yes please ain't gotta b much"

TOILOLO to WARD 7:44 PM – "Y'all still working"

WARD to TOILOLO 7:56 PM – "Yip"

It is common in this fraud scheme, it was common to view proceeds of fraud wired from one co-conspirator to another based upon their participation in the scheme.

34. Investigators further reviewed text messages between Ward and know co-conspirator Connie Ramos on July 3, 2018:

WARD to RAMOS at 10:30 PM – "Whats up is where the 500 owed"

RAMOS to WARD at 10:34 PM – "I don't owe you $500" "You only put 15 on their – 400 left 1100 that's 370 each"

Much of the communication between Ward and Ramos includes the sharing of access card numbers later used for refund fraud, the division of money obtained through refund fraud, the direction by Ward to wire money to others involved in the conspiracy, and the sharing location information to allow Ramos and Ward to meet to commit refund fraud.

35. The forensic examination of Ward's two cellphones (seized in October 2018) show that TOILOLO was a member of the conspiracy and regularly texted Ward to further the scheme. Particularly, TOILOLO supplied Ward with numerous TID numbers and access card

numbers beginning in June 2018 and ending no earlier than October 9, 2018. The merchants associated with these TID numbers – including, for example, Holland Home Care, Merced Honda, and Supreme Power Sports LLC – were victims of refund fraud around the time of the texts. The TID is the number programmed into a POS terminal, which allows the terminal to act as the merchant. The TID is unique to each company and required to complete the refund fraud.

36. For example, TOILOLO texted the TID number for Merced Honda and Supreme Power Sports on August 15 and these merchants suffered refund fraud on August 15–17. The text messages also show the two discussing whether the TID numbers were successful and the handling of fraud proceeds. According to Vantiv/WorldPay records, both Merced Honda and Supreme Power Sports LLC were victims in the above detailed fraud scheme. Merced Honda in Merced, California for approximately $3,400.00 between August 15, 2018 and August 17, 2019 and Supreme Power Sports LLC Lewiston Idaho from August 16, 2018 to August 20, 2018 for approximately $9,500.00.

### TOILOLO's Use of an Access Device Linked to Refund Fraud

37. A Wells Fargo debit card x4989 registered to Victim 1 was used to make $55,000 in false purchases from Fontano's Subs on January 22, 2019. It is likely that the conspirators used terminals to make this type of false purchases, as opposed to a refund, to pre-test whether a particular terminal and TID would work, and to provide a purchase prerequisite for the fraudulent refunds. These purchases were made just prior to fraudulent refunds being charged to the same merchant account using two different access devices linked to Ward. Surveillance video shows TOILOLO using the x4989 card at an ATM on January 21, 2019. On that same day, the same card was used to make another false purchase from merchant Take 5 Oil. That merchant was a victim of refund fraud in August 2018.

### Evidence Obtained via Previous Federal Search Warrants

38. On April 25, 2019, Eastern District of California Magistrate Judge Carolyn K. Delaney signed a search warrant associated with Apple, Inc accounts canuseeme57@icloud.com, only1daddy4u@icloud.com, and ognunes100@icloud.com.

15

39. Agents observed the following images and documents contained within accounts provided by Apple Inc in association with the search warrant:

   a) An email dated December 5, 2018 from John Ward only1daddy4u@icloud.com with message "4722… pin ..2323" "2844…pin 0211" "6874…pin 2018". Based on my experience and discussions with other law enforcement, the numbers in this case represent the last four numbers of debit card numbers and the associated pin numbers. During the execution of fraud schemes exploiting debit cards, conspirators will communicate using various forms including e-mail to transfer information including debit card numbers.

   b) IMG_0373 created December 15, 2018 is a photograph of a Verifone POS terminal with merchant ID 9000125884. According to Vantiv/Worldpay records, this merchant ID is associated with Wallace Sleep, Durango, Colorado. This merchant was a victim of refund fraud for a time period including December 16, 2018.

   c) An e-mail dated December 16, 2018, from 'Tala Toilolo proverbs3564life@icloud.com" to "John Ward only1daddy4u@icloud.com" with message from Ward, "Phone broke I don' know ur number." The response on December 16, 2018 is 208-9710-3175.

   d) Image IMG_0378 created December 16, 2018, taken in a room resembling a hotel room with two males identified as Johnathon Ward and Talalima TOILOLO with a POS terminal between them.

   e) IMG_0401 captured December 18, 2018, with telephone number (208) 970-3175 is an image of a text message between Ward and TOILOLO. Ward states "U try yet need to know if it my thing still". TOILOLO answers "Let Me check right. I'm". Based on my experience and discussion with other law enforcement officers, this discussion shows Ward and TOILOLO communicating during the execution of or after a fraud scheme where Ward is attempting to have TOILOLO

determine if a certain aspect of the fraud scheme can still be exploited. Based upon these photographs and the aforementioned text messages between TOILOLO and Ward, they conducted this fraud scheme and victimized multiple companies over a period of time. TOILOLO and Ward shared information and money and maintained contact during and after the execution of the fraud.

40. On April 25, 2019, Eastern District of California Magistrate Judge Carolyn K. Delaney signed a search warrant associated with Google LLC accounts still2theleft@gmail.com, ognunes100@gmail.com, and jwrentals415@gmail.com. During the search of the account still2theleft@gmail.com, agents found a video captured on July 22, 2018 discussing the above fraud scheme. On the video, Ward makes the following comments:

- "If you oversee all your folks you're the one that's going to collects them all then I'm going to deal with one person."
- "It takes two or three days to pull out that much dough."
- "I do it one way. I put nine racks on the card, that's three for me, three for you, and three for this person."
- "I've been doing this for a minute."
- Ward says people can make "5 cards a week for $4500"

Based on my experience and discussion with other law enforcement officers, Ward is sharing his knowledge with his co-conspirators about the execution of the fraud and the division of the assets. Ward and his co-conspirators split the proceeds of the fraud. The money is sent to co-conspirators through a variety of methods. During the video, Ward tells these co-conspirators he sends the money online and via money order. Ward specifically mentions that with money orders, co-conspirators do not need to go into a bank.

**Wires Associated with TOILOLO**

41. Investigators reviewed of the Ward's cellular phone seized on October 12, 2018 showed hundreds of messages in various forms including but not limited to text message between Ward and known conspirator Connie Ramos. On June 9, 2018, and image was sent to

Ward from Ramos's phone number with a screen shot of a scheduled tax return and the last four number of Ramos's social security number. The following is a text stream recovered from Ward's phone from Ward to Ramos on June 8, 2018 at 12:49pm to 12:50pm "Send the money to limas mom" "Mahlalela Laloulu" "There waiting on u" "Send the confirmation number to lima". Based on my experience and discussion with other law enforcement officers, people involved with fraud will attempt to deceive law enforcement about the true nature of the origin of funds use the names of family members to transfer the fruits of the fraud via wire. These methods include but are not limited to sending the money to a trusted family member, instead of the true recipient and listing incorrect information including residence.

42. On July 2, 2018, TOILOLO requests Ward send money to "Catrina Cascarejo". Catrina Casarejo is the girlfriend of TOILOLO.

43. A text stream from the reviewed Ward cellular phone on October 1, 2018 is as follows:

- TOILOLO to WARD at 8:35 PM – "Did you get the tracks i sent"
- WARD to TOILOLO at 9:15 PM – "Yeah I got them. It's going to have to be a three way split because it's not mine"

"Tracks" are the encoded portion of a credit card on the magnetic strip which contain information about the card including the card number, expiration date, and card owner. The track data showed the cards were registered in the name of Catrina Cascarejo. Based on my experience, people involved in refund fraud would use tracks as the debit cards to execute the refund fraud. In this instance, TOILOLO provided cards or "tracks" which could be used to load the fraudulently obtained refunds. On October 3, 2018, Ward received a text from TOILOLO asking for money. On October 3, 2018, a known co-conspirator wired TOILOLO $1,000.00 with a pick up location in Salt Lake City, Utah. This money is likely associated with the October 1, 2018, conversation with Ward.

44. On December 17, 2018, Ramos sent TOILOLO a $2,500.00 wire transfer. This wire occurred shortly after the refund fraud from Wallace Sleep in Durango, Colorado which

TOILOLO and Ward were involved. The $2,500.00 was likely a payment to TOILOLO from Ward via Ramos for this fraud.

## V. CONCLUSION

45. Based on the foregoing, there is probable cause to believe that Talalima TOILOLO committed conspiracy to commit bank fraud, particularly the Refund Fraud scheme described above, in violation of 18 U.S.C. § 1349, beginning on or about June 1, 2018, and continuing until at least February 1, 2019, in the Eastern District of California and elsewhere.

## VI. REQUEST FOR SEALING

46. I further request that the Court order that all papers in support of this application, including the affidavit and complaint, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation or law enforcement's ability to locate and arrest Talalima TOILOLO.

Laura E. Giouzelis
Special Agent
Federal Bureau of Investigation

Read and approved as to form.

Robert J. Artuz
Special Assistant U.S. Attorney

Subscribed and sworn to before me this 7th day of August, 2019

Hon. Deborah Barnes
United States Magistrate Judge

19