1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                    CASE NO.  2:19-CR-129-MCE

12                         Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                                TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                                ORDER

14 MONICA NUNES,                                DATE: November 14, 2019
   TALALIMA TOILOLO, and                        TIME: 10:00 a.m.
15 JOHNATHON WARD,                              COURT: Hon. Morrison C. England, Jr.

16                         Defendants.
17

18                              **STIPULATION**

19        1.      By previous order, this matter was set for status on November 14, 2019.

20        2.      The parties agree and stipulate, and request that the Court find the following:

21             a)      The government has represented that the discovery associated with this case

22 includes over 100 GB of documents including police reports, search warrant returns, subpoena

23 returns, cellphone extractions, audio/video files, and bank/financial records.  All of this

24 discovery has been either produced directly to counsel and/or made available for inspection and

25 copying.

26             b)      Counsel for Defendants Monica Nunes, Talalima Toilolo, and Johnathon Ward

27 ("defendants") desire additional time to review the current charges, obtain and review discovery,

28 consult with their clients, conduct research and investigation into the charges, and otherwise

1    prepare for trial.  Additionally, Ward only recently made his initial appearance in this case on

2    October 28, 2019, and the government is still in the process of loading the case discovery onto a

3    hard drive for his counsel's review.

4              c)        The defendants request that the status conference be continued to February 6,

5    2020.

6              d)        Counsel for defendants believe that failure to grant the above-requested

7    continuance would deny them the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9              e)        The government does not object to the continuance.

10             f)        Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13             g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of November 14, 2019 to February 6,

15   2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16   T4] because it results from a continuance granted by the Court at defendants' request on the basis

17   of the Court's finding that the ends of justice served by taking such action outweigh the best

18   interest of the public and the defendants in a speedy trial.

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 12, 2019                              McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ ROBERT J. ARTUZ
                                                       ROBERT J. ARTUZ
                                                       Special Assistant U.S. Attorney


Dated:  November 12, 2019                              /s/ CHRISTINA SINHA (with permission)
                                                       CHRISTINA SINHA
                                                       Counsel for Defendant
                                                       MONICA NUNES


Dated:  November 12, 2019                              /s/ CHRIS COSCA (with permission)
                                                       CHRIS COSCA
                                                       Counsel for Defendant
                                                       TALALIMA TOILOLO


Dated:  November 12, 2019                              /s/ TASHA CHALFANT (with permission)
                                                       TASHA PARIS CHALFANT
                                                       Counsel for Defendant
                                                       JOHNATHON WARD


## ORDER

IT IS SO ORDERED.

DATED:  November 13, 2019


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE