McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-129-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MONICA NUNES, TALALIMA TOILOLO, and JOHNATHON WARD, | DATE: June 11, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on February 6, 2020. On January 15, 2020, on its own motion due to the unavailability of the judge, the Court vacated the status conference and continued it to June 11, 2020. ECF 40.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 100 GB of electronic documents including well over 10,000 of pages of police reports, search warrant returns, subpoena returns, cellphone extractions, audio/video files, photographs, and bank/financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for Defendants Monica Nunes, Talalima Toilolo, and Johnathon Ward

1  ("defendants") desire additional time to review the current charges, review discovery, conduct
2  research and investigation into the charges and alleged acts, consult with their clients, and
3  otherwise prepare for trial.

4      c)    At this time, the defendants have no objection to Court's continuance of the status
5  conference to June 11, 2020, and agree that such a continuance is necessary for effective
6  preparation as outlined below.

7      d)    Counsel for defendants believe that the Court's continuance will provide them
8  reasonable time necessary for effective preparation, taking into account the exercise of due
9  diligence.

10     e)    The government does not object to the continuance.

11     f)    Based on the above-stated findings, the ends of justice served by continuing the
12 case outweigh the interest of the public and the defendant in a trial within the original date
13 prescribed by the Speedy Trial Act.

14     g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15 et seq., within which trial must commence, the time period of February 6, 2020, to June 11, 2020
16 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
17 because it results from a continuance ordered by the Court and agreed to and requested by the
18 defendants, on the basis of the Court's finding that the ends of justice served by taking such
19 action outweigh the best interest of the public and the defendants in a speedy trial.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: January 23, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ ROBERT J. ARTUZ<br>ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| Dated: January 23, 2020 | /s/ CHRISTINA SINHA (with permission)<br>CHRISTINA SINHA<br>Counsel for Defendant<br>MONICA NUNES |
| Dated: January 23, 2020 | /s/ CHRIS COSCA (with permission)<br>CHRIS COSCA<br>Counsel for Defendant<br>TALALIMA TOILOLO |
| Dated: January 23, 2020 | /s/ TASHA CHALFANT (with permission)<br>TASHA PARIS CHALFANT<br>Counsel for Defendant<br>JOHNATHON WARD |

**ORDER**

IT IS SO ORDERED.

DATED: January 24, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE