McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TALALIMA TOILOLO,<br><br>　　　　　　Defendant. | CASE NO. 2:19-CR-129-MCE<br><br>STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING<br><br>DATE: June 11, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on June 11, 2020, and time under the Speedy Trial Act has been excluded through that date. ECF 40 and 43.

2. A resolution in principal has been reached between Plaintiff United States of America and Defendant Talalima Toilolo, and the parties now wish to set this matter for a change of plea on June 4, 2020.

///
///
///
///
///
///

STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING

1

3.     Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Talalima Toilolo, both individually and by and through his counsel of record, Christopher Cosca, hereby stipulate and jointly request that the Court set a change of plea hearing for Defendant Toilolo on June 4, 2020, and vacate the June 11, 2020, status hearing as to only this defendant.

IT IS SO STIPULATED.

Dated:  May 8, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated:  May 8, 2020

/s/ CHRIS COSCA (with permission)
CHRIS COSCA
Counsel for Defendant
TALALIMA TOILOLO

**ORDER**

IT IS SO ORDERED.

Dated: May 11, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING

2