PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00129 |
| Plaintiff, | STIPULATION TO AMEND RESTITUTION ORDER AND ORDER |
| v. | |
| TALALIMA TOILOLO, MONICA NUNES, and SABRINA RAYLENE TOILOLO, | |
| Defendants. | |

**PROCEDURAL BACKGROUND**

1. Defendant Monica Nunes ("Nunes") was first charged by complaint on April 4, 2019. (ECF 1). Defendant Talalima Toilolo ("T. Toilolo") was charged by complaint on August 7, 2019. (ECF 1 – 2:19-mj-00124). An indictment followed on August 8, 2019, for both Nunes and T. Toilolo. (ECF 18). On May 7, 2020, Nunes pleaded guilty to Count 1 of the Indictment. (ECF 50). A little over a month later, T. Toilolo pleaded guilty to Count 1 of the Indictment. (ECF 67). T. Toilolo was sentenced on February 11, 2020 (ECF 128) and Nunes was sentenced on April 1, 2020. (ECF 140). Each was ordered to pay restitution.[1] Restitution was directed to be paid to Beau Worldpay, Inc. and Luke Heartland Payment Systems LLC. (*See* ECF 130 at 7; ECF 141 at 7).

2. Defendant Sabrina Toilolo ("S. Toilolo") was indicted by way of a superseding indictment on

---

[1] Restitution is joint and several.

STIPULATION AND ORDER                    1

July 23, 2020. (ECF 76). She pleaded guilty to Count 1 of the Superseding Indictment on July 1, 2021. (ECF 147) and was sentenced on August 17, 2023. (ECF 281). She was ordered to pay restitution to Beau Worldpay, Inc. and Luke Heartland Payment Systems LLC.[2] (ECF 7).

The parties agree and stipulate, and request that the Court find the following:

1. The correct entities due restitution in this case are Worldpay, Inc. and Heartland Payment Processing LLC.

2. By this stipulation, the parties jointly move to amend Sheet 5B, attached to each defendant's judgment, to strike the word "Beau" from "Beau Worldpay" so that payment of restitution is to be made to Worldpay, Inc. rather than "Beau Worldpay, Inc."

3. By this stipulation, the parties jointly move to amend Sheet 5B, attached to each defendant's judgment, to strike the word "Luke" from "Luke Heartland Payment Processing LLC" so that payment of restitution is directed to be made to Heartland Payment Processing LLC rather than Luke Heartland Payment Processing LLC.

IT IS SO STIPULATED.

Dated: October 26, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: November 14, 2023

/s/ GENE VOROBYOV
GENE VOROBYOV
Counsel for Defendant
Monica Nunes

---

[2] Restitution is joint and several.

STIPULATION AND ORDER                        2

| | |
|---|---|
| Dated: October 26, 2023 | /s/ CHRIS COSCA<br>CHRIS COSCA<br>Counsel for Defendant<br>Talalima Toilolo |
| Date: October 26, 2023 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Counsel for Defendant<br>Sabrina Raylene Toilolo |

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of November, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE